8:22-CV-1523-KKM-AEP

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Abdul Farid Muhammad

VS.                    Case No. 8:15-cr-309-T-27 KKM
                                              AEP

United States of America


MOTION UNDER 28 U.S.C. 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY.

Under the recent Supreme Court decision attempted Hobbs Act 18 U.S.C. 1951 (A) Robbery Not a Crime of Violence under 924 (C) (3) (A). United States vs. Taylor, No. 20-1459 (2022).

Petitioner argue that he was charge with 18 U.S.C. 1951, Interference with Commerce by Robbery Count One. 18 U.S.C 924 (C)(1)(A)(III) Discharging a Firearm in Furtherance of Crime of Violence Count two.

Which are in the statute of Attempted Hobbs Act 18 U.S.C. 1951(A), "Making the 924 (C)(3)(A) Not a crime of Violence.

Wherefore, 18 U.S.C. 924 (C)(1)(A)(III) Discharging a Firearm in Furtherance of Crime of Violence, "is not a crime of Violence. And the 924 (C) Conviction must be Vacated, Set Aside, or Correct Sentence By a Person in Federal Custody.

Under Taylor decision, "a New rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

The date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to case on collateral review.

## STATEMENTS OF CASE:

On February 11, 2016, defendant pleaded guilty to counts one and two of indictment:
18 U.S.C. 1951, Interference with commerce by Robbery count one.
18 U.S.C. 924 (c)(1)(A)(iii) Discharging a Firearm in Furtherance of a crime of violence count two.
To a total term of One Hundred Sixty Six (166) months. Said term consists of Forty-six (46) months as to count one, One Hundred Twenty (120) months as to count two, consecutive to count one.

Petitioner prays that the United States District court grant relief mandated under the United States constutition.

_____
Petitioner Signature

I declare under Penalty of Perjury that my answers to this motion are true and correct. Executed on 6-26-22
                                Date

PROOF OF SERVICE

I certify that on 6-2622 I mailed a copy of this motion to the United States District Court, Middle District of Florida 801 N. Florida Ave, Tampa, Florida 33602.

_____
Petitioner Signature